ROBERT L. HOWEY, Appellant, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Respondent.

(Argued February 17, 1896; decided February 25, 1896.)

MOTION to withdraw appeal.

*George W. Cothran* for motion.

*James F. Gluck* opposed.

Granted upon payment of costs of appeal to this court to present time and costs of this motion.

---

PHILIP SCHUYLER, Respondent, *v.* ERNEST CURTIS et al., Appellants.

(Argued February 17, 1896; decided February 25, 1896.)

MOTION to amend remittitur. (See 147 N. Y. 434.)

*Charles M. Demond* for motion.

*James B. Ludlow* opposed.

Granted and remittitur amended so as to make it award costs in all courts; no costs of this motion.

---

LOUISE CARLSON, Respondent, *v.* MARIA L. WINTERSON, Appellant.

(Submitted February 17, 1896; decided February 25, 1896.)

MOTION for re-argument denied, without costs. (See 147 N. · Y. 652.)

---

JOHN E. DOMSCHKE, Plaintiff, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Defendants.

(Submitted February 17, 1896; decided February 25, 1896.)

MOTION for re-argument denied, with costs. (See 148 N. Y. 337.)